IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
MAY 07 2010
BY: JOHN F. CORCORAN, CLERK
/s/ DEPUTY CLERK

| | | |
|---|---|---|
| JERRY RAY HALL, | ) | Civil Action No. 7:10-cv-00185 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MS. K. HINKLES, | ) | By: Hon. James C. Turk |
|     Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 7th day of May, 2010.

                                                  /s/ James C. Turk
                                                Senior United States District Judge